

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-13-00575-CR

Sakhorn **KHAMSIRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A08-393
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel indicates he has served copies of the brief and motion on appellant, and has informed appellant of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).[1]

**If appellant desires to file a *pro se* brief in this appeal, he must do so within forty-five days from the date of this order.** *See Bruns*, 924 S.W.2d at 177 n.1.

If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief no later than sixty days from the date of this order.

We further ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

---

[1] Counsel is reminded that he should explain to appellant the procedure for obtaining the record. *See Bruns*, 924 S.W.2d at 177 n.1.

Appellant may obtain a copy of the appellate record by filing a written request, not later than February 7, 2014, with the clerk of the trial court, Robbin Burlew, Clerk of the District Courts of Kerr County, 700 Main Street, Kerrville, Texas, 78028. If appellant files a written request for the record with the trial court clerk, Robbin Burlew is ORDERED to immediately send a copy of the record to appellant.

We further ORDER the Clerk of this Court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court

